Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 06-5160M |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | GRANTING MOTION TO |
| NATHAN R. DUNMALL, ) | DISCLOSE SEALED |
| ) | COMPLAINT |
| Defendant. ) | |

Based on the Government's Motion for an Order seeking permission for limited disclosure of the sealed Complaint and Affidavit of Det. Sgt. Todd Karr in this case, the Court hereby finds that limited disclosure of the Complaint and Affidavit is necessary as part of the Government's effort to extradite Nathan R. Dunmall from Canada, and accordingly

IT IS HEREBY ORDERED that the Government is permitted to disclose and produce the sealed Complaint as necessary in connection with Dunmall's extradition proceedings. The Complaint shall otherwise remain under seal until further order.

DONE this 31st day of August, 2006.

s/ J Kelley Arnold
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/Michael Dion
MICHAEL DION
Assistant United States Attorney